# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCES,<br><br>        Plaintiff,<br><br>    v.<br><br>DEGADEO, et al.,<br><br>        Defendants. | CASE NO. 1:06-cv-01038-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS<br><br>(Docs. 17 and 21)<br><br>ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

Plaintiff Luis Garces ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 25, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on August 14, 2007.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 25, 2007, is adopted in full;

///

1

1 | 2. | This shall action proceed on plaintiff's amended complaint, filed March 26, 2007, against defendants Diguadio and Bott for use of excessive force, and against defendants Smith, Diguadio, and Bott for failing to protect plaintiff;

3. | Plaintiff's excessive force claim against defendant Smith and claim based on the issuance of the RVR, to the extent such claims are even alleged, are dismissed for failure to state a claim;

4. | Plaintiff's claim for injunctive relief is dismissed for failure to state a claim; and

5. | This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   August 21, 2007**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE