1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  LUIS GARCES,                                CASE NO. 1:06-cv-01038-LJO-SMS PC

10                        Plaintiff,           ORDER FINDING SERVICE OF AMENDED
                                               COMPLAINT APPROPRIATE AND
11       v.                                    FORWARDING SERVICE DOCUMENTS TO
                                               PLAINTIFF FOR COMPLETION AND
12  DEGADEO, et al.,                           RETURN WITHIN THIRTY DAYS

13                        Defendants.          (Doc. 17)
                                         /
14

15       Plaintiff Luis Garces ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16  in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on August 9, 2006.

17  The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it

18  states cognizable claims for relief under section 1983 against defendants Diguadio and Bott for use

19  of excessive force, and against defendants Smith, Diguadio, and Bott for failing to protect plaintiff,

20  in violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534

21  U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey,

22  353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th

23  Cir. 2002).  Accordingly, it is HEREBY ORDERED that:

24  ///

25  ///

26  _____

27       [1] On August 23, 2007, plaintiff's excessive force claim against defendant Smith and claim based on the
    issuance of the RVR, to the extent such claims were even alleged, were dismissed for failure to state a claim; and
28  plaintiff's claim for injunctive relief was dismissed for failure to state a claim.

1

1. Service is appropriate for the following defendants:

        C/O DIGUADIO

        C/O BOTT

        SGT. SMITH

2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed March 26, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Four (4) copies of the endorsed amended complaint filed March 26, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 28, 2007**          /s/ Sandra M. Snyder
                              UNITED STATES MAGISTRATE JUDGE

2