1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    LUIS GARCES,                  CASE NO. 1:06-cv-01038-LJO-SMS PC

10              Plaintiff,       ORDER STRIKING MOTION TO
                                   WITHDRAW OPPOSITION

11       v.
                                   (Doc. 28)

12    DEGADEO, et al.,

13              Defendants.
    ————————————————/

14

15       Plaintiff Luis Garces ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis

16 in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 24, 2007, plaintiff filed a motion

17 seeking to withdraw his opposition to the motion dated October 3, 2007.

18        There are no motions pending in this action, and nothing was filed on or around October

19 3, 2007.  The last activity in this case was the issuance of an informational order and an order

20 directing that service of process be initiated by the Marshal, both filed on September 19, 2007.

21       Because there is no pending motion or opposition to a motion, plaintiff's filing of October

22 24, 2007, is HEREBY STRICKEN from the record.

23

24 IT IS SO ORDERED.

25 **Dated:**   __October 25, 2007__            _____**/s/ Sandra M. Snyder**_____
                                     UNITED STATES MAGISTRATE JUDGE

26
27
28