IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

**LUIS GARCES,**

                    Plaintiff,

v.

**DEGADEO, et al.,**

                    Defendants.

1:06-cv-01038-LJO-SMS (PC)

**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

New Deadline: December 24, 2007

(Document #30)

    Good cause appearing, Defendants are granted a thirty-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before December 24, 2007.

IT IS SO ORDERED.

**Dated: November 21, 2007**                    /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE