# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEGADEO, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　/ | CASE NO. 1:06-cv-01038-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' (1) MOTION TO DISMISS EXCESSIVE FORCE CLAIM FOR FAILURE TO EXHAUST AND (2) MOTION TO STRIKE SURREPLY<br><br>(Docs. 32, 40, and 42)<br><br>ORDER REQUIRING DEFENDANTS TO FILE ANSWER WITHIN THIRTY DAYS |

Plaintiff Luis Garces ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 5, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. Plaintiff filed an Objection on May 19, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.　The Findings and Recommendations, filed May 5, 2008, is adopted in full;

1

1      2.      Defendants Bott and Diguadio's motion to dismiss Plaintiff's excessive force claim, filed December 19, 2007, is GRANTED;

3      3.      Defendants' motion to strike Plaintiff's surreply, filed February 14, 2008, is GRANTED and the surreply is stricken (document 39); and

5      4.      Defendants Bott, Diguadio, and Smith shall file an answer within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

**Dated:   June 23, 2008**             /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE