1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   LUIS GARCES,                              CASE NO. 1:06-cv-01038-LJO-SMS PC

10                  Plaintiff,       ORDER DENYING MOTION FOR ENTRY OF DEFAULT

11      v.                                       (Doc. 25)

12   DEGADEO, et al.,

13               Defendants.

14   _____/

15       On June 26, 2008, Plaintiff filed a motion for entry of default based on Defendants' failure

16 to file an answer in compliance with the Court's May 5, 2008, Findings and Recommendations.  Fed.

17 R. Civ. P. 55.

18       The Findings and Recommendations referred to by Plaintiff contained a *recommendation* that

19 Defendants be ordered to file an answer within thirty days.  Defendants were not ordered to file an

20 answer until June 24, 2008, when the Honorable Lawrence J. O'Neill issued an order adopting the

21 findings and recommendations in full.

22       Plaintiff's motion for entry of default, filed June 26, 2008, is HEREBY DENIED.

23

24   IT IS SO ORDERED.

25   **Dated:**   **July 3, 2008**                        **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE

26
27
28