# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCES,<br><br>                Plaintiff,<br><br>    v.<br><br>DEGADEO, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:06-cv-01038-LJO-SMS PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO CHANGE DOCKET TO REFLECT PLAINTIFF'S FILING IS A REPLY TO DEFENDANTS' ANSWER<br><br>(Doc. 51)<br><br>ORDER STRIKING REPLY TO ANSWER<br><br>(Doc. 51) |

      Plaintiff Luis Garces ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 31, 2008, Plaintiff filed a document entitled "Motion for Summary Judgment." Upon review, the Court has determined that the filing is a reply to Defendants' answer and is not a motion for summary judgment filed pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56-260.

      Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a reply to an answer, absent an order from the Court requiring one. Fed. R. Civ. P. 7(a). In this case, the Court did not order a reply to the answer.

///
///
///
///

1

1 | Accordingly, the Clerk's Office is HEREBY DIRECTED to change to docket to reflect that Plaintiff's filing of July 31, 2008, is a reply to Defendant's answer, and the reply is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   August 4, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE