# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GARCES, | CASE NO. 1:06-cv-01038-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE |
| v. | TO COMPLY WITH LOCAL RULE 56-260(A) |
| DEGADEO, et al., | (Doc. 60) |
| Defendants. | |

On September 10, 2008, Plaintiff filed a motion for summary judgment. Pursuant to Local Rule 56-260(a), "[e]ach motion for summary judgment or summary adjudication shall be accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon to establish that fact."

///
///
///
///
///
///
///
///

1

1  Because Plaintiff's motion is not accompanied by a statement of undisputed facts, it is
2  HEREBY STRICKEN from the record for failure to comply with Local Rule 56-260(a).  If Plaintiff
3  wishes to renew his motion, the motion must comply with the aforementioned Rule.[1]

7  IT IS SO ORDERED.
8  **Dated:    September 15, 2008**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has ample time to do so, as the dispositive motion deadline is not until May 26, 2009.

2