IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LUIS GARCES,** | 1:06-cv-01038-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| **DEGADEO, et al.,** | |
| Defendants. | |

    Defendants' request to continue the telephonic discovery dispute hearing (Doc. #71), currently set for February 6, 2009 is granted to the extent that the hearing is reset to Wednesday, February 11, 2009 at 3:00 p.m. Arizona time (2:00 p.m. California time). Defendants will remain responsible for ensuring Plaintiff's participation in the conference call.

    DATED this 4th day of February, 2009.

                                                  James A. Teilborg
                                                  United States District Judge