IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

| | |
|---|---|
| Luis M. Garces,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Degadeo, Officer Bott, Smith,<br><br>　　　　Defendants. | No. 1:06-cv-1038-JAT<br><br>**ORDER** |

On April 29, 2009, Plaintiff filed a copy of his requests for admissions (Doc. #87). This discovery request is directed at Defendants and not at the Court. Accordingly,

IT IS ORDERED that the docket shall be amended to call Doc. #87 a "Notice of Filing - Requests for Admissions" and Doc. #87 shall be removed from this Court's pending motion list.

DATED this 15th day of June, 2009.

　　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　　　United States District Judge