IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

| | |
|---|---|
| Luis M. Garces,<br><br>            Plaintiff,<br><br>vs.<br><br>Degadeo, Officer Bott, Smith,<br><br>            Defendants. | No. 1:06-cv-1038-JAT<br><br>**ORDER** |

In the Order of May 29, 2009, the Court directed Plaintiff to complete and subpoena and a USM-285 for non-party D. Daniels. (Doc. #89.) Plaintiff has returned the required papers.

Accordingly,

**IT IS ORDERED:**

(1) The Clerk of the Court shall sign and seal the original subpoena (a copy of which is at Doc. #90).

(2) The Clerk of Court must send to the United States Marshal:

    (a) the original subpoena duces tecum for non-party D. Daniels.

    (b) the completed USM-285 for D. Daniels.

    (c) a copy of the Order at Doc. #89.

    (d) a copy of this Order.

(3) Within 10 days of the date this Order is filed, the United States Marshal must serve the subpoena duces tecum on D. Daniels.

1    (4)    The United States Marshal must immediately file a proof of service.

2    (5)    D. Daniels must respond to the subpoena duces tecum by July 4, 2009.

3    DATED this 15th day of June, 2009.

*James A. Teilborg*
United States District Judge

- 2 -