1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

8
Luis M. Garces,                          )     No. 1:06-cv-1038-JAT (PC)
9                                         )
              Plaintiff,                  )     **ORDER**
10                                        )
vs.                                       )
11                                        )
                                          )
12 Degadeo, Officer Bott, Smith,          )
                                          )
13            Defendants.                 )
                                          )
14 _____       )

15         IT IS ORDERED that Plaintiff's motion to compel (Doc. #93) is denied because it is

16 untimely under the Court's scheduling orders (all motions to compel were due by June 15,

17 2009 (Doc. #85 at 3) and although Plaintiff purports to have signed the motion June 6, 2009,

18 the Certificate of Service (Doc. #93 at 56) shows that Plaintiff mailed the motion June 29,

19 2009. Thus, even giving Plaintiff the benefit of the prison mailbox rule, the June 29, 2009

20 mailing was untimely.

21         IT IS FURTHER ORDERED that the Court previously ordered that Plaintiff could

22 subpoena certain records (Doc. #89); however, the U.S. Marshals elected to not serve the

23 subpoena (Doc. #95). The Clerk of the Court shall resend the Original subpoena and U.S.

24 Marshal form 285 (Doc. #95) to the U.S. Marshals, along with a copy of this Order, and the

25 Marshals shall immediately serve the subpoena. The Marshals shall also serve a copy of this

26 Order with the subpoena; the "return date" on the subpoena is extended from July 4, 2009

27 to 20 days after service.

28

1    IT IS FURTHER ORDERED that, while the Court will not reach the merits of the

2   motion to compel because it is untimely, the Court notes that Defendants frequently object

3   to production because the documents sought are not in their "custody and control."  Based

4   on this objection, Defendants have waived the right to use these documents in support of any

5   summary judgment motion, or at trial;[1] and Plaintiff is encouraged to move to strike any

6   documents he sought through discovery which Defendants stated that they did not have.

7    IT IS FURTHER ORDERED that the dispositive motion deadline of August 27, 2009

8   is confirmed.

9    DATED this 21st day of August, 2009.

10

11    _____

12    James A. Teilborg
     United States District Judge

13

14

15

16

17

18

19

20

21    [1]    Generally, Rule 26(a) requires a party, "without awaiting a
22   discovery request," to provide other parties with: names,
     addresses, and telephone numbers of individuals likely to have
23   discoverable information that the disclosing party may use to
     support her claim; copies or descriptions of documents,
24   electronic information, or tangible objects that are in the
     disclosing party's possession or control which that party may
25   use to support her claims; and a computation of damages while
     making available for inspection the documents upon which such
26   computation is based. Fed.R.Civ.P. 26(a)(1)(A)-(D).

27

28   *Doctor v. Nicholson*, 2008 WL 700169, *4 n.3 (D. Ariz. 2008).